

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EMANUEL ISAAC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-2524** |
| **CHARLES C. FOTI, WARDEN** | **SECTION "N" (6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Emanuel Isaac for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be, and the same is hereby **DENIED**.

New Orleans, Louisiana, this 12th day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____